## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARA HARPER, | : | CIVIL ACTION – LAW |
|     *Plaintiff*, | : | |
| | : | |
| vs. | : | No. 1:15-cv-02205-YK |
| | : | |
| ANTHONY MISITANO and | : | |
| POST ACUTE MEDICAL, LLC, | : | |
|     *Defendants*. | : | ELECTRONICALLY FILED |

## DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant, Post Acute Medical, LLC ("PAM"), certifies that PAM has no parent corporation and that no publicly held corporation owns 10% or more of PAM.

    Respectfully submitted,

    RHOADS & SINON LLP

By:  /s/ *John Martin*
      John R. Martin, Esq.
      Attorney I.D. No. 204125 (PA)
      Lindsey E. Snavely, Esq.
      Attorney I.D. No. 308145 (PA)

      Rhoads & Sinon LLP
      One South Market Square, 12th Floor
      P.O. Box 1146
      Harrisburg, PA  17108-1146

      (717) 233-5731 (phone)
      (717) 238-8622 (fax)
      jmartin@rhoads-sinon.com
      lsnavely@rhoads-sinon.com

    *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2016, a true and correct copy of the foregoing document was served electronically on the following:

Bruce J. Phillips, Esq.
Joseph J. Mashinki, Esq.
Caverly, Shea, Phillips & Rodgers, LLC
15 Public Square, Suite 210
Wilkes-Barre, PA  18701
*Attorneys for Plaintiff*

I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system, and that parties may access this filing through the Court's system.

/s/ *John R. Martin*