## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SARAH HARPER** | : | |
| **Plaintiff** | : | No. 1:15-cv-2205 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **ANTHONY MISITANO, <u>et al.</u>,** | : | |
| **Defendants** | : | |

### ORDER

**AND NOW,** on this 22nd day of August 2016, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Anthony Misitano and Post Acute Medical, LLC motion to dismiss (Doc. No. 9) is **GRANTED** as follows:

    a. Plaintiff's Title VII claim against Defendant Anthony Misitano, raised in Count I of Plaintiff's complaint (Doc. No. 1), is **DISMISSED WITH PREJUDICE**;

    b. Plaintiff's intentional infliction of emotional distress claim against Defendants Anthony Misitano and Post Acute Medical, LLC, raised in Count II of Plaintiff's complaint (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE**;

    c. Plaintiff's negligent infliction of emotional distress claim against Defendants Anthony Misitano and Post Acute Medical, LLC, raised in Count III of Plaintiff's complaint (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE**; and

    d. Plaintiff's PHRA claims against Defendant Anthony Misitano, raised in Count IV of Plaintiff's complaint (Doc. No. 1), are **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff is granted leave to amend her complaint, (Doc. No. 1), within thirty days of the date of this order to cure the defects noted in the accompanying memorandum.

s/ Yvette Kane
Yvette Kane, District Judge
Middle District of Pennsylvania
